UNITED STATES of America, Plaintiff—Appellee,

v.

Miguel Angel DE LA MORA–ARVIDE, Defendant—Appellant.

No. 03–50023.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 9, 2003.

Submission Withdrawn March 5, 2004.

Resubmitted and Filed March 30, 2004.

Decided April 6, 2004.

Patrick K. O'Toole, AUSA, Mi Park, Joseph Huynh, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Andrew K. Nietor, Steven L. Barth, Federal Defender's of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: FISHER, BYBEE, Circuit Judges, and MAHAN, District Judge.*

ORDER AND MEMORANDUM **

This case is resubmitted as of March 30, 2004.

Customs inspectors recovered 35 vacuum-sealed packages containing 68 pounds of marijuana from defendant De La Mora–Arvide's vehicle's gas tank. The defendant argued that the disassembly of his

---

* The Honorable James C. Mahan, United States District Judge for the District of Nevada, sitting by designation.

gas tank was a "non-routine" search for which the Government lacked reasonable suspicion. However, the Government's authority to conduct searches at the border includes the authority to disassemble a vehicle's fuel tank without reasonable suspicion. *United States v. Flores–Montano,* 541 U.S. ——, 124 S.Ct. 1582, 158 L.Ed.2d 311 (2004). We thus do not decide whether reasonable suspicion supported the search and affirm the district court.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.